IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
DERRICK A. BELL,                    )
                                    )        CIVIL ACTION
            Plaintiff,              )
                                    )        NO: 1:04-CV-3382-WSD
v.                                  )
                                    )
RYDER TRUCK RENTAL,                 )
                                    )
            Defendant. _____  )
```

## FINAL REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

Plaintiff, proceeding _pro_ _se_, filed the instant employment discrimination suit on November 18, 2004. [Doc. No. 1].  On March 22, 2005, this Court issued a show cause order directing Plaintiff to show cause, in writing, within fifteen days of the entry of the order, as to why service had not been made within 120 days of filing the complaint. [Doc. No. 3].  To date, Plaintiff has not responded to the show cause order, nor has service been made.  Accordingly, the Court **RECOMMENDS** that this action be **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

It is **SO REPORTED AND RECOMMENDED**, this 19th day of April, 2005.


_S/ E. Clayton Scofield III_
E. Clayton Scofield III
UNITED STATES MAGISTRATE JUDGE